NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK DOUGLAS, DOC #289305,  )
                                     )
     Appellant,  )
                                     )
v.  )     Case No. 2D18-3083
                                     )
STATE OF FLORIDA,  )
                                     )
     Appellee.  )
_____  )

Opinion filed May 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Margaret O. Steinbeck, Judge.

PER CURIAM.

     Affirmed.

LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.